## UNITED STATES DISTRICT COURT
Eastern District of California

| | |
|---|---|
| Carla Theisen<br><br>     Plaintiff,<br><br> v.<br><br>Life Insurance Company of North America "LINA" dba "CIGNA"<br>     Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>CASE NUMBER: 2:12-cv-00451-MCE-DAD |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✔  GRANTED

  ☐ The clerk is directed to file the complaint.

✔  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: June 4, 2012

                _____
                MORRISON C. ENGLAND, JR.
                UNITED STATES DISTRICT JUDGE