**RIMAC MARTIN, P.C.**
Anna M. Martin (SBN 154279)
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

**DAVID ALLEN & ASSOCIATES**
David Allen (SBN 87193)
5230 Folsom Boulevard
Sacramento, California 95819
Telephone: (916) 455-4800
Facsimile:  (916) 451-5687

Attorneys for Plaintiff
CARLA THEISEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA THEISEN,<br><br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | CASE NO. 2:12-cv-00451 MCE DAD<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

  IT IS HEREBY STIPULATED by and between the Plaintiff CARLA THEISEN and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1     The parties shall bear their own respective attorney fees and costs of suit.

2     **SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  December 14, 2012    By:   */s/ Anna M. Martin*
    ANNA M. MARTIN
    Attorneys for Defendants
    LIFE INSURANCE COMPANY OF NORTH AMERICA

**DAVID ALLEN & ASSOCIATES**

DATED:  December 14, 2012    By:   */s/ David Allen*
    DAVID ALLEN
    Attorneys for Plaintiff
    CARLA THEISEN

**SO ORDERED.**

Dated:  December 20, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT